UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| Hexuan Cai,<br><br>     Plaintiff,<br><br>vs.<br><br>Cerulean Studios, LLC,<br><br>     Defendant.<br>_____ | Case No. 3:13-CV-1277-J-32 TEM |

## **ORDER OF DISMISSAL**

UPON THE APPENDED CONSENT by the parties that this action has been settled in accordance with a settlement agreement executed by the parties, and that by agreement the domain name TRILLIAN.COM, and all rights and title therein, are to be transferred to Cerulean Studios LLC, the claims and counterclaims in the above action are hereby dismissed with prejudice and with each party to bear its own costs. The TRILLIAN.COM domain name is hereby ordered transferred to Cerulean Studios, LLC.

Dated this ___ day of January, 2014

_____
Timothy J. Corrigan, Judge
United States District Court
Middle District of Florida
Jacksonville Division

## CONSENT

Plaintiff, Hexuan Cai and Defendant Cerulean Studios, LLC, by and through their undersigned counsel, hereby consent to the entry of the foregoing Order of Dismissal.

| | |
|---|---|
| **GRAY ROBINSON** | **RANDAZZA LEGAL GROUP** |
| **/s/ S. Grier Wells** | **/s/ Marc J. Randazza** |
| S. Grier Wells | Marc J. Randazza |
| Florida Bar No. 203238 | Florida Bar No. 027861 |
| 50 North Laura Street, Suite 1100 | 2 South Biscayne Blvd., Suite 2600 |
| Jacksonville, Florida  32202 | Miami, Florida 33131 |
| Telephone: (904) 598-9929 | Telephone: (888) 667-1113 |
| Facsimile: (904) 598-9109 | Facsimile: (305) 437-7662 |
| grier.wells@gray-robinson.com | ecf@randazza.com |
| Attorneys for Cerulean Studios LLC | Attorneys for Hexuan Cai |